IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HAROLD HAYNES, et al., | : | CIVIL ACTION |
| | : | NO. 16-607 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| AIR & LIQUID SYSTEMS CORPORATION, et al.,: | | |
| | : | |
| Defendants. | : | |

# **O R D E R**

**AND NOW**, this **29th** day of **August, 2017,** after review of the July 21, 2017 Report and Recommendation filed by Magistrate Judge Sherry R. Fallon (ECF No. 117), as well as the underlying briefs from the parties, it is hereby **ORDERED** that:

1. the Report and Recommendation is **APPROVED** and **ADOPTED**; and

2. the following unopposed motions for summary judgment are **GRANTED,** and the filing Defendants **DISMISSED with prejudice**:

   a. Air & Liquid Systems Corporation (ECF No. 107);
   b. Aurora Pump Company (ECF No. 88);
   c. BorgWarner Morse TEC LLC (ECF No. 100);
   d. FMC Corporation (ECF No. 96);
   e. Honeywell International, Inc. (ECF No. 98)
   f. Pfizer, Inc. (ECF No. 94); and
   g. Warren Pumps, LLC (ECF No. 92).

**AND IT IS SO ORDERED.**

                                            **/s/ Eduardo C. Robreno**
                                            **EDUARDO C. ROBRENO,     J.**