IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HAROLD HAYNES, et al., | : | CIVIL ACTION |
| | : | NO. 16-607 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| AIR & LIQUID SYSTEMS CORPORATION, et al., | : | |
| | : | |
| Defendants. | : | |

# **O R D E R**

**AND NOW**, this **26th** day of **September, 2017,** upon consideration of the stipulationafter review of the August 22, 2017 Report and Recommendation filed by Magistrate Judge Sherry R. Fallon (ECF No. 118), as well as the underlying motion, it is hereby **ORDERED** that:

1. the Report and Recommendation is **APPROVED** and **ADOPTED**; and

2. given that the Court lacks jurisdiction over the movant, the unopposed motion to dismiss filed by Volkswagen Group of America, Inc. (ECF No. 76) is **GRANTED.**

**AND IT IS SO ORDERED.**

                               */S/ EDUARDO C. ROBRENO*
                               **EDUARDO C. ROBRENO,   J.**